# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURO MACIAS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GENERAL INSURANCE COMPANY OF AMERICA,<br><br>Defendant. | Case No. 1:25-cv-01472-JLT-EGC<br><br>**ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE**<br><br>(Doc. 17) |

On September 29, 2026, the parties filed a joint stipulation dismissing the action with prejudice. (Doc. 17). In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice. Accordingly, the Clerk of Court is DIRECTED to close this case.

IT IS SO ORDERED.

Dated: **September 29, 2026**

Erin Sun Castillo

UNITED STATES MAGISTRATE JUDGE